1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **PATRICK PRINCE,**                       1:08-cv-01014 OWW SMS (HC)

12                          Petitioner,         **ORDER GRANTING RESPONDENT'S**
                                                **FIRST APPLICATION  FOR**
13          **v.**                              **ENLARGEMENT OF TIME TO FILE**
                                                **ANSWER TO PETITION FOR WRIT**
14   **RICHARD SUBIA, Warden,**                 **OF HABEAS CORPUS (DOC. 15)**

15                          Respondent.         **DEADLINE: 12/3/2008**

16

17          On October 28, 2008, Respondent filed an application for enlargement of time within

18   which to file an Answer to the petition for writ of habeas corpus.  Good cause having been

19   presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

20   ORDERED that:

21          Respondent's  application for enlargement of time within which to file an Answer to

22   the petition for writ of habeas corpus is hereby granted to and including December 3, 2008.

23

24   IT IS SO ORDERED.

25   **Dated:    November 6, 2008             _____/s/ Sandra M. Snyder_____**
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              1