IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PRINCE,<br><br>              Petitioner,<br><br>    v.<br><br>RICHARD SUBIA, Warden,<br><br>              Respondent. | Case Number C 08-1014 JF<br><br>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[re: document nos. 22, 23 ] |

Petitioner has filed two requests for extension of time to file his traverse. Those motions are granted *nunc pro tunc*. The deadline for filing the traverse is extended until March 2, 2009.

    IT IS SO ORDERED.


DATED: 1/23/09

                                            JEREMY FOGEL
                                            United States District Judge