IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PRINCE,<br><br>               Petitioner,<br><br>   v.<br><br>RICHARD SUBIA, Warden,<br><br>               Respondent. | Case Number C 08-1014 JF<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[re: document no. 25 ] |

    Petitioner has filed a request for extension of time to file his traverse. The motion is GRANTED. The deadline for filing the traverse is extended until April 1, 2009.

    IT IS SO ORDERED.

DATED: 3/2/09

                                                                       JEREMY FOGEL<br>
                                                                       United States District Judge