# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PRINCE,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD SUBIA, Warden,<br><br>    Respondent. | Case Number C 08-1014 JF<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE; AND SUBMITTING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[re: document nos. 27, 28 ] |

    Petitioner has filed a motion for extension of time to file his traverse, and a motion for appointment of counsel.

    The motion for extension of time is GRANTED. The deadline for filing the traverse is extended until May 1, 2009.

    The motion for appointment of counsel is SUBMITTED.

    IT IS SO ORDERED.

DATED: 3/19/09

                                                   JEREMY FOGEL
                                                   United States District Judge