UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICK PRINCE,<br>　　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD SUBIA, Warden,<br>　　　　　　　Respondent. | Case No. 1:08-cv-01014-JF<br><br>ORDER DIRECTING CLERK TO TERMINATE MOTIONS<br><br>[re: dkt entries 53, 55, 57, 58] |

The Clerk is directed to terminate docket entries 53, 55, 57, and 58 for the reasons discussed below.

Petitioner's Motion To Address Said Motions (dkt entry 53) requests that this Court address his Fed. R. Civ. P. 60(b) motion (dkt entry 52). The Rule 60(b) motion has been denied (dkt entry 54). Accordingly, docket entry 53 shall be terminated as moot.

Petitioner filed a second Rule 60(b) motion (dkt entry 55), a motion to extend time to respond to the government's opposition (dkt entry 57), and a subsequent motion to withdraw the Rule 60(b) motion (dkt entry 58). The motion to withdraw is hereby granted. Accordingly, docket entries 55, 57, and 58 shall be terminated as moot.

IT IS SO ORDERED.

DATED: 9/23/2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge